

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Matthew Crawford

Plaintiff(s),

vs.

Google

Defendant(s).

Case No.

**RECEIVED**
APR 07 2022 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

22CV1817
Judge Robert Blakey
Magistrate Judge Sheila M. Finnegan

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Matthew Crawford.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, _____, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)

_____or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **Mountain View, CA**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **03/15/22**, at approximately **4:41** ☐ a.m. ☒ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of **New Lenox**, in the County of **Will**, State of Illinois, at **994 Wildwood Dr**,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: **Unable to Access Multiple Email Accounts, Issues with google products**

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:
   __None_____

   _____

   _____

   _____

9. (**Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"**) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

   _____.

   ☒ Other: __No Criminal Proceedings_____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

<u>Google Docs</u>
- No ability to create folders inside of google docs
- Documents rearrange themselves on pageload

Difficult to find company information
- Company type
- Does not show a thumbnail preview on some documents
- Video of a deletion bug

<u>Google Search</u>
- buffalo wild wings tiuesday special
    - Better citation
        - Two locations closer
        - Cites a location's detail page
        - Specials-like page would be preferred
    - "JOIN OUR TEAM"
        - Advertisement
            - Discrimination
    - No images
    - No colors
    - A link to a promotional page that contains requested information is the fourth result
    - Diversity problems
        - Almost every result is buffalowildwings.com

Please reference additional pages for more allegations

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

_____
_____
_____
_____.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

- - - Images and videos are unnecessary
      - Images and videos are located in the middle of the list of results
      - Recent commercial?
        - No, most recent is 2 years old
      - Recent image ad?
        - Unknown
          - Images run the gamut from new to old
    - Related Searches are unnecessary
    - Specials from places similar would interesting
      - Very little competition between restaurants at the moment
    - Page 2 features many repeats
      - Mostly coupon websites
    - Page 2 & 3 are almost identical
      - Mostly coupon websites intermixed with a few news sites
  - Retard soldier saluting
    - Irrelevant results
      - Highly unlikely that there are no images of retarded soldiers on the entire planet's internet
  - Could not find my circuit clerk email until I added the underscore between circuit and clerk
  - Irrelevant results for "official mailing address of the united states"
    - "Change Your Address" from the Post Office is the 1st result
    - Images and videos are located in the middle of the list of results
      - All images are irrelevant also
    - All related searches irrelevant also
  - Refused to write 5/37ths as a decimal
  - Refuses to do basic date and time calculations
  - Has no clue as to what is beyond contemporary
  - Old content is discriminated against
  - Cannot save a google streetview photo
  - Print bug within streetview
  - Zoom window blocks portion of image in streetview

Google Chrome
- Excessive memory usage from Google Docs and Youtube
- Each tab uses somewhere between 79,000K to 189,000K
- Cannot hide extensions puzzle piece from view
- To show advanced settings a user must click the word advanced
- There is a persistent notification that states "If a setting doesn't show on this page, look in your Chrome OS settings"
- You and Google and Autofill both contain settings for information that is hosted on Google's servers
- On startup, languages, and reset settings all contain a single setting

- No way to hide share icon, page forward, page backward, refresh, settings menu icon plus new tab icon, down carrot tab icon, and bookmark star icon.
- Scrolling down is choppy
- Uses a lot of CPU usage, both idle and active
- An Extension uses a lot of GPU memory (Nimbus)
  - Several extensions use quite a bit of GPU memory
- The autocomplete list on the omnibox search bar does not update
  - Most used are furthest away
- XVideos is in the 1st spot on the homepage
  - Xvideos is visited less frequently than many other sites

Gmail
- Have to click "More" to view Spam, All Mail, Trash
- Meetings option
- Hangouts option
- "Add-ons" on the right hand side
  - When hidden user is stuck with a left hand carrot
- Inability to create tabs
  - Stuck with Primary, Social and Promotions
- Messages get clipped
- Need access to 3 email accounts
  - mcrawford15@gmail.com
  - montecarlonos@gmail.com
  - trowaway420@gmail.com
    - Cannot remember password

Youtube
- Old content is discriminated against
- Youtube Shorts are missing a timeline, fast forward, and rewind
- The video title, user, and subscribe button are forced on Youtube Shorts
- Drake Search
  - Oversize link to User's Channel is the first result
    - There is another link to the User's Channel right next to it
  - On the right hand side there is an option for Youtube to mix Drake's mix
    - Albums, EPs, Mixtapes (?) are located at the bottom of the Youtube Mix playlist
  - The second result is the latest, rather than Most Relevant
  - The third result is "+8 more"
    - This loads many videos from drake's most recent album which at over 6 months old at the time of capture
  - The user is then taken back to a list of ordinary search results
  - Then the list of ordinary search results is truncated by "People also watched"
    - Which has another "+6 more" link
  - Then users are returned to two ordinary search results before being interrupted again by Youtube's "For you" recommendations
  - The "For you" recommendations are interrupted by "Previously watched"

- - - ■ Which has a "+5 more link"
      - The list is finished by a list of "People also searched for" buttons
  - Dubstep mix 2022
    - Nothing but cartoon results
  - Youtube suggestions column
    - Mostly similar mixes, rather than albums, singles, or other diverse and relevant results

ChromeOS
- Does not save download folder location
- Minimal amount of printer advanced options
- Persistent "Caution these files may be automatically deleted" warnings
- Persistently requested to restart due to ChromeOS updates
- Does not automatically connect to bluetooth devices unless told to
- Back to back updates, all of which require reboots
- Asked weekly to "Restart to update"
- No way to check filesystem properties of flashdrive
- Less than 11 characters on flash drive labeling
- Utilities use excessive memory
  - GPU Process, Background Page: Files, Network Service, Storage Service, Local Search service, com.andriod.systemui, Local Search Service, Assistant audio decoder service, google.andriod.gms, and system:system
- Task manager is located inside of a web browser, Google Chrome
- No ability to graph and/or record information within task manager
- GPU process uses a lot of CPU
- GPU process uses a lot of GPU memory
- Delete confirmation window when delete button is pressed
- Unable to slideshow desktop backgrounds
- Unable to use animated images or videos as a desktop background
- There are a bunch of forced icons near the clock
  - Tote, update available, libretorroent, 28 notifications, wifi network, battery
  - No way to remove clock
- When one presses the launcher button, one is taken to a search window, rather than the screen of apps to choose from

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Matthew Crawford

Plaintiff's mailing address: 994 Wildwood Dr

City New Lenox   State IL   ZIP 60451

Plaintiff's telephone number: ( ) 708-469-9021

Plaintiff's email address *(if you prefer to be contacted by email)*: MatthewCrawford107@gmail.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

Please reference Attached Sheet

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1:22-cv-01128
1:22-cv-01129
1:22-cv-01131
1:22-cv-01132
1:22-cv-01133
1:22-cv-01134
1:22-cv-01135